IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| **PHYLLIS SPRAUVE,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No. 3:21-cv-0083 |
| **STARFISH MARKET, INC. and ALBERT DANIEL, Individually,** | ) |
| **Defendants.** | ) |

## ORDER

**THIS MATTER** comes before the Court on Defendants' Motion to Compel Arbitration and Stay Proceedings (ECF No. 6) and the Parties' Joint Stipulation to Arbitrate (ECF No. 7). In light of the Parties' agreement to arbitrate the claims that gave rise to this lawsuit, the Court will stay this matter pending the outcome of the arbitration proceedings. Accordingly, after careful consideration and review, it is hereby

**ORDERED** that Defendant's Motion to Compel Arbitration and Stay Proceedings, ECF No. 6, is **MOOT;** it is further

**ORDERED** that the Parties' Joint Stipulation to Arbitrate, ECF No. 7, is **GRANTED;** it is further

**ORDERED** that, to the extent the Parties have not commenced arbitration proceedings, the Parties shall take all action necessary to commence arbitration proceedings within 21 days from the date of entry of this Order; it is further

**ORDERED** that this action is STAYED pending the outcome of the arbitration proceedings; it is further

**ORDERED** that the parties shall file a Joint Notice with the Court every month commencing on June 1, 2022, advising the Court of the status of the arbitration proceedings; it is further

**ORDERED** that the Clerk's Office shall place this matter on the Suspense Docket until final disposition of the arbitration proceedings.

**Dated:** April 29, 2022                                     /s/ *Robert A. Molloy*
                                                                **ROBERT A. MOLLOY**
                                                               **Chief Judge**